Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 00 C 50076 | **DATE** | July 10, 2001 |
| **CASE TITLE** | EWALD v. KAEMPE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Report and Recommendation.

(11) ■ [For further detail see reverse/attached order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| ✓ | Notices mailed by judge's staff. | JUL 10 2001 date docketed |
| | Notified counsel by telephone. | |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| TML | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number

DENNIS G. EWALD AND CARTRIDGE )
TECHNOLOGY HYDRAULICS, LLC., )
)
Plaintiff, ) Case No. 00 C 50076
)
v. ) Philip G. Reinhard
) P. Michael Mahoney
STAFFAN I. KAEMPE, )
)
Defendant. )

## Report and Recommendation

This matter comes before the court upon Plaintiffs' motion for entry of an order pursuant to a written settlement agreement. The parties in this case, represented by counsel, entered into a written settlement agreement on May 16, 2001. After reviewing the submissions of the parties, it is the report and recommendation of the magistrate that the following order be entered pusuant to the May 16, 2001, agreement.

1) Ewald, Cartridge Technology Hydraulica and Kaempe have agreed and stipulated, in their settlement agreement, that Ewald and Kaempe have been and continue to be joint owners and co-inventors of the 6152715 patent notwithstanding any representations by the United States Patent and Trademark Office that any assignment may have occurred.

2) No assignment of Kaempe's interest in the 6152715 patent has occurred to any entity, including Cartridge Technology Hydraulics, subsequent to the October 23, 1997, agreement.

3) It is therefore ordered and decreed that Dennis G. Ewald and Staffan I. Kaempe are, and have been, joint owners of the 6152715 patent and are co-inventors of that patent.

ENTER:

P. MICHAEL MAHONEY, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 7/10/01

2